UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MIGUEL SANTIAGO, on behalf of himself and,
FLSA Collective Plaintiffs and the Class,

                                             JUDGMENT

                      Plaintiff,               20-cv-03236-RPK

     v.

TEPACHE MEXICAN CORP., SONORA NYC
LLC, MARTINEZ SOLTERO and JORGE A.
SOLTERO,

                      Defendants.
-----------------------------------------------------------------X
       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on August 6,

2021; and Defendants TEPACHE MEXICAN CORP., SONORA NYC LLC, MARTINEZ

SOLTERO and JORGE A. SOLTERO  having offered to allow judgment in this action to be

taken against them and in favor of plaintiff MIGUEL SANTIAGO, in the sum of $5,212.00, in

accordance with the terms and conditions of Defendants' Rule 68 Offer dated August 5, 2021

and filed as Exhibit A to Docket Number 24; and an Order of the Honorable Rachel P. Kovner,

United States District Judge, having been filed on August 11, 2021, directing the Clerk of Court

to enter judgment; it is

       ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff MIGUEL

SANTIAGO, and against Defendants TEPACHE MEXICAN CORP., SONORA NYC LLC,

MARTINEZ SOLTERO and JORGE A. SOLTERO, in the sum of $5,212.00, in accordance with

the terms and conditions of Defendants' Rule 68 Offer dated August 5, 2021 and filed as Exhibit

A to Docket Number 24.

Dated: Brooklyn, New York                 Douglas C. Palmer
       August 12, 2021                     Clerk of Court

                                            By:     */s/Jalitza Poveda*
                                                   Deputy Clerk